FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 18 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RHONDA SMITH | Criminal Information<br><br>No. 1:25-cr-558 |

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about October 2018, until on or about April 2022, in the Northern District of Georgia and elsewhere, the defendant, RHONDA SMITH, did willfully make and cause to be made false entries in records required to be kept by the American Postal Workers Union Marietta Local #1676, pursuant to Title 29 United States Code, Section 436, on matters required to be reported in annual reports by said labor organization which would provide in sufficient detail the necessary basic information and data from which said reports could be verified, explained, clarified, and checked for accuracy and completeness, that is bank statements with handwritten notes categorizing expenses and financial activity by the labor organization, all in violation of Title 29, United States Code, Section 436 and 439(c).

THEODORE S. HERTZBERG
*United States Attorney*

**DWAYNE A. BROWN JR.**
*Assistant United States Attorney*
Georgia Bar No. 509554
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303